1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL BAILEY, | ) | NO. CV 09-9380-R(E) |
|     Petitioner, | ) | |
| v. | ) | ORDER ADOPTING FINDINGS, |
| LINDA SANDERS, Warden, | ) | CONCLUSIONS AND RECOMMENDATIONS |
|     Respondent. | ) | OF UNITED STATES MAGISTRATE JUDGE |
| _____ | ) | |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge.  The Court approves and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Judgment be entered denying and dismissing the Petition without prejudice.

///
///
///
///

1        IT IS FURTHER ORDERED that the Clerk serve copies of this Order,
2   the Magistrate Judge's Report and Recommendation and the Judgment
3   herein by United States mail on Petitioner and counsel for
4   Respondent.

6        LET JUDGMENT BE ENTERED ACCORDINGLY.

8        DATED: April 29, 2010.

                                    _____
                                           MANUEL L. REAL
                                    UNITED STATES DISTRICT JUDGE

2